UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TINA M. HOLSTROM,<br><br>    Defendant. | NO. CV-08-245-RHW<br><br>**ORDER GRANTING THE PARTIES' AMENDED STIPULATION FOR ENTRY OF CONSENT JUDGMENT** |

    Before the Court is the parties' Amended Stipulation for Entry of Consent Judgment (Ct. Rec. 15). The parties indicate that they have reached an agreement regarding the entry of judgment.

    Accordingly, **IT IS HEREBY ORDERED:**

    1.    The parties' Amended Stipulation for Entry of Consent Judgment (Ct. Rec. 15) is **GRANTED**.

    2.    Judgment in the amount of $53,617.42 ($42,617.42 in principal + $11,000 penalty under 31 U.S.C. § 3729-33) is **entered** in favor of Plaintiff and against Defendant Tina Holstom.

    3.    Pursuant to the terms of the parties' Amended Stipulation (Ct. Rec. 15), Defendant will make monthly payments toward the satisfaction of the judgment amount and assuming Defendant's timely performance of all terms and obligations set forth in the Amended Stipulation, the United States agrees to waive interest accumulation on the foregoing judgment amount. All remaining terms and obligations related to the entry of this consent judgment will be controlled by the

**ORDER GRANTING THE PARTIES' AMENDED STIPULATION FOR ENTRY OF CONSENT JUDGMENT ~ 1**

1  parties' Amended Stipulation (Ct. Rec. 15) previously filed on June 11, 2010.

2  **IT IS SO ORDERED.** The District Court Executive is directed to enter this

3  Order, forward copies to counsel and Defendant, and **close the file**.

4  **DATED** this 17th day of June, 2010.

6  *s/Robert H. Whaley*
   ROBERT H. WHALEY
7  United States District Judge

12  Q:\CIVIL\2008\Holstrom\consent.wpd

**ORDER GRANTING THE PARTIES' AMENDED STIPULATION FOR ENTRY OF CONSENT JUDGMENT ~ 2**